1  Deborah A. Sivas (CSB No. 135446)
   Michael R. Lozeau (CSB No. 142893)
2  EARTHJUSTICE
   Owen House - 553 Salvatierra Walk
3  Stanford, California  94305-8620
   Telephone:  (650) 723-0325
4  Facsimile:   (650)725-8509

5  Melissa Powers (OSB 02118)
6  PACIFIC ENVIRONMENTAL ADVOCACY CENTER
   10015 S.W. Terwilliger Boulevard
7  Portland, Oregon   97219-7799
   Telephone:  (503) 768-6727
8  Facsimile:   (503) 768-6642

9  Attorneys for Plaintiffs NORTHWEST
   ENVIRONMENTAL ADVOCATES,
10 THE OCEAN CONSERVANCY,
   and WATERKEEPERS NORTHERN
11 CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES; THE OCEAN CONSERVANCY; and WATERKEEPERS NORTHERN CALIFORNIA and its projects SAN FRANCISCO BAYKEEPER and DELTAKEEPER,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Case No. CV 03-05760 SI<br><br>**DECLARATION OF GREGORY B. HELMS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:**    December 3, 2004<br>**Time:**    9:00 a.m.<br>**Courtroom:**  10, 19th Floor |

I, Gregory B. Helms, hereby declare:

    1.  I am a member of The Ocean Conservancy and have been since December, 1999.  I make this declaration to demonstrate that the Conservancy has standing to sue and to show that

DECLARATION OF GREGORY B. HELMS IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT – Case No. CV 03-05760 SI                                                                       - 1 -

its members, including myself, have been injured by the Environmental Protection Agency's failure to repeal the regulation exempting ballast discharge water from regulation.

2. The Conservancy's purpose is to educate, inform, and empower citizens to speak on behalf of the world's oceans. It is a membership-based and supported non-profit focusing on coastal and ocean resources. The Conservancy achieves its goals through agency advocacy, public outreach, conservation planning, public campaigns, sponsoring legislation, and litigation.

3. I joined the Conservancy because of my lifelong interest in the conservation and protection of natural resources and wildlife for their aesthetic, recreational, and intrinsic value. I am currently employed as the manager of the Santa Barbara Field Office of the organization.

4. I am aware that ships regularly discharge their ballast water into waters of the United States. I am also aware that the Environmental Protection Agency (EPA) currently exempts these discharges from complying with the Clean Water Act (CWA). I am concerned about the problems that ballast water discharges cause to the environment. I am also concerned that EPA's failure to regulate these discharges has increased the difficulty of controlling these discharges and reducing the risks they present.

5. I live in Santa Barbara on the Pacific Coast and Santa Barbara channel. Both of these areas receive significant amounts of unregulated ballast water discharges. These discharges impact my environment and my ability to enjoy using the Pacific Ocean and other waterways for recreation.

6. I participate in numerous recreational activities in the Pacific Coast and the Santa Barbara Channel, including surfing, diving, kayaking, sailing, swimming, and whale watching. Surfing and diving account for approximately ninety percent of my recreational activities.

7. I am very concerned about the effects and possible effects of ballast water on these bodies of water and, in turn, me and my activities. Unregulated ballast water discharges compromise and detract from my recreational experiences, especially surfing and diving. I know that unregulated ballast water facilitates the introduction of numerous invasive species into my

DECLARATION OF GREGORY B. HELMS IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT – Case No. CV 03-05760 SI                                      - 2 -

area. These invasive species damage the native ecosystems and displace the native species which are the focus of my diving experience. Non-native mussels already have displaced the local native species in the Channel Islands and coastal waters where I dive.

8. Invasive species also detract from my surfing. For example, *Sargassum muticum* is an invasive dark brown weed that may have been introduced from ballast water and is prevalent in my favorite surf and dive spots. The weed is known to out-compete native algae. It also wraps around my legs and surf leash when I enter and exit the surf, making it difficult for me to access the waves. I enjoy surfing less when I have to compete with these types of non-native plants simply to access my surfing sites. Another invasive weed, *Undaria*, is also present in the waters in which I recreate. I am concerned that the failure to regulate ballast water will lead to the introduction of more of these non-native, choking weeds.

9. The introduction of invasive species also affects me economically, by damaging and increasing the costs of the local diving and surfing industry.

10. I take great aesthetic enjoyment from the waters surrounding where I live, recreate, and work. This joy, however, is diminished by my concerns that these ecosystems are being forever altered and destroyed by the introduction of non-native invasive species from unregulated ballast water discharges.

11. I am aware of the EPA rule exempting ballast water discharges from regulation under the Clean Water Act. I believe that this rule contributes to the problems presented by ballast water discharges, both by not directly curtailing these discharges and by sending the message that ballast water discharges are not important sources of pollution. I do not believe that voluntary measures are enough to limit ballast water introductions.

12. I believe the invalidation of the exemption will prevent the worsening of the invasive species problem that currently affects the areas I use. If EPA's rule is invalidated, ships will no longer be allowed to discharge ballast water into the Santa Barbara Channel, unless EPA develops a permit specifically authorizing those discharges. A ban on ballast water discharges

1  will certainly ease the concerns I have about the impacts of these discharges.

2      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

3  and correct.  Executed on this 9th day of July, 2004 at Santa Barbara, California.

                                        /s/ Gregory B. Helms  
                                        Gregory B. Helms

    I, Deborah A. Sivas, pursuant to ECF General Order 45X, attest that Gregory B. Helms has concurred in and authorized the filing of this declaration with this Court.

                                        /s/ Deborah A. Sivas  
                                        Deborah A. Sivas  
                                        Attorney for Plaintiffs