Deborah A. Sivas (CSB No. 135446)
Michael R. Lozeau (CSB No. 142893)
EARTHJUSTICE
Owen House - 553 Salvatierra Walk
Stanford, California 94305-8620
Telephone: (650) 723-0325
Facsimile: (650)725-8509

Melissa Powers (OSB 02118)
PACIFIC ENVIRONMENTAL ADVOCACY CENTER
10015 S.W. Terwilliger Boulevard
Portland, Oregon 97219-7799
Telephone: (503) 768-6727
Facsimile: (503) 768-6642

Attorneys for Plaintiffs NORTHWEST
ENVIRONMENTAL ADVOCATES,
THE OCEAN CONSERVANCY,
and WATERKEEPERS NORTHERN
CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES; THE OCEAN CONSERVANCY; and WATERKEEPERS NORTHERN CALIFORNIA and its projects SAN FRANCISCO BAYKEEPER and DELTAKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. CV 03-05760 SI<br><br>**DECLARATION OF MARK S. RISKEDAHL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** December 3, 2004<br>**Time:** 9:00 a.m.<br>**Courtroom:** 10, 19th Floor |

I, Mark S. Riskedahl, hereby declare:

1. I am a member of Northwest Environmental Advocates (NWEA) and make this declaration to demonstrate that NWEA has standing to sue and to show that NWEA's members,

including myself, have been injured by the Environmental Protection Agency's (EPA) failure to repeal the regulation exempting ballast water discharges from regulation. I have been a member of NWEA for several years.

2. I am a member of NWEA because I believe in its mission and its efforts to protect and restore the natural environment. I believe that NWEA's focus on the protection and restoration of the Columbia River basin and on Columbia River salmon is particularly important. As a resident of Portland, Oregon, and frequent user of the Columbia River and its tributaries, I strongly support NWEA's advocacy, education, and litigation on behalf of that river ecosystem and its inhabitants.

3. I regularly recreate on the Columbia River. I live less than three miles from the mainstem Columbia River, and I ride my bike alongside the river at least once a month, and much more frequently in the summer, viewing the water, birds, vegetation, and other components of the Columbia River ecosystem. I occasionally join friends in boat trips on the river. I take photos of ships, birds, salmon, vegetation, and the water when I travel near the Columbia. I plan to continue these activities in the future and will most assuredly bike, boat and recreate on and along the Columbia River this summer and autumn.

4. I feel a special connection with and regularly visit a place called Wood's Landing, a property located along the Columbia River in Vancouver, WA, where chum salmon and steelhead spawn. I have visited their spawning sites several times over the past three years to watch and photograph the fish spawning. I derive great personal pleasure from watching the coho spawn in cold springs that upwell along the banks of the Columbia and from watching the steelhead make their way up a small, narrow stream that flows into the Columbia. The chum and steelhead usually spawn in November and December, and I intend to return to Wood's Landing to watch them spawn again this coming year. I also visit Wood's Landing when the fish are not spawning and will continue to do so.

5. I regularly recreate on and near the tributaries of the Columbia River. I canoe and

kayak on the Columbia Slough, a 60-mile channel that parallels and flows both in and out of the mainstem Columbia River, once or twice a month. I also birdwatch and take photographs of birds, including great blue herons, cormorants, and bald eagles, in the Columbia Slough. I canoe and boat on the Willamette River, a major tributary to the Columbia River that runs through the heart of Portland. I also ride my bike alongside the Willamette River at least twice a week and frequently pause during my rides to observe the fish, birds, and other species that use the Willamette and to observe the water itself. I plan to do all of these activities in the future.

6. I also eat wild salmon and other fish from the Columbia River. I eat wild salmon in part because I justify that these salmon will contain less contaminants than hatchery-raised salmon and in part because I want to support the local salmon fishing economy, particularly that of Native American fishermen. I eat salmon much less than I otherwise would, however, due in part to my concerns about ballast water and its impact on salmon.

7. I am concerned about the effects that unregulated ballast water discharges have and will have on my activities and on the species that I enjoy observing and photographing. I am aware that ballast water discharges include non-native invasive species and various pollutants, including oil and grease, heavy metals, and various chemicals and pathogens. I believe that these discharges put the entire Columbia River ecosystem at risk.

8. I am particularly concerned about the impacts of invasive species on the ecology of the Columbia River and on salmon in particular. I know that several non-native invasive species, which were most likely introduced through ballast water discharges, have been discovered in the Columbia River basin and that they present risks to the environment.
The Siberian prawn, for example, has been discovered throughout the Columbia Slough. This invasive species is known to disrupt native food webs, including those of the salmon, both by outcompeting native species for food and consuming native species directly. Many salmon species in the Columbia River basin are already listed as threatened species under the Endangered Species Act, and increased pressure on their food sources could push the salmon

even closer to extinction.

9. Aquatic worms also introduced through ballast water have been discovered in the lower Columbia River. These worms are known intermediate hosts for the parasite that causes whirling disease. The parasites attack the cartilage of the head and spine of salmon and trout in Oregon and make them more susceptible to predation and less able to feed and survive. Although whirling disease was originally thought to exist mainly in inland fish hatcheries, scientists have discovered a link between invasive aquatic worms and the parasite. I am concerned that this link will allow whirling disease to infect wild salmon and trout, with catastrophic results.

10. I am also concerned about the mitten crab, an invasive species introduced either intentionally or via ballast water from Asia that has become uncontrollable in the San Francisco Bay. This species competes with native fish for both habitat and food and threatens to displace more native, fragile species. I know that at least one mitten crab has been found in the lower Columbia River estuary, and I am very concerned that others may already be in the Columbia or may spread here, as they have in other regions of the world.

11. I am also worried about non-native copepods (crustacean zooplankton) that may be abundant in the lower Columbia River estuary. These tiny creatures are readily transmittable through ballast water and, once they enter a water ecosystem, can quickly dominate the system and disrupt native food webs. To date, there is no known way to remove copepods from ecosystems once they become established.

12. Due in part to my concerns about invasive species and pollutants discharged in ballast water, I have altered my behaviors in some ways and enjoy other activities less than I otherwise would. For example, because of my concern about the pollution discharged from ballast water, I am often concerned about direct contact with waters that are affect by ballast water. I am careful when I canoe, kayak, and boat to avoid contact with the water and often find myself paddling more slowly and in a more cautious manner than I otherwise would in streams in which I do not fear direct contact. I do not enjoy these sports as much when I have to be so

cautious simply to avoid touching the water. As another example, I do not eat as much Columbia River salmon as I otherwise would were I not concerned about the impacts of ballast water discharges. I am concerned about the heavy metal contamination from ballast water that could bioaccumulate in fish that I consume. To avoid overexposure to this contamination, I limit my fish intake. Similarly, although I enjoy Dungeness crab and other shellfish found in the Columbia River estuary and in the Pacific Ocean just beyond the mouth of the Columbia River, I do not eat these fish very often because of my concerns about their limited stocks and species viability. I avoid eating other fish, such as various rock fish, for the same reasons. I would eat these fish more often if I believed that they were not at risk due to invasive species and other threats. I also enjoy photography less than I otherwise would because I fear that the animals that I photograph are being harmed by heavy metals and other toxic substances discharged in ballast water. Viewing salmon spawning is also a bittersweet experience: I am both amazed at these creatures' ability to navigate up the Columbia River for the sole purpose of continuing their species' viability and saddened by the thought of the gauntlet of pollution, hot water, and invasive species that they must endure.

13. I am familiar with the EPA rule that exempts ballast water discharges from regulation under the Clean Water Act. I believe that this exemption has exacerbated the problems presented by ballast water discharges. If EPA had not exempted these discharges, there would be mandatory controls in place to limit ballast water discharges and the pollution that they contain. Instead, EPA's exemption has authorized uncontrolled discharges and provided for no means of monitoring, treatment, or any other protective measures. This, in turn, has increased the risk that areas that I use and enjoy will suffer from invasive species and other pollutants released through ballast water discharges.

14. If EPA's rule were invalidated, I believe that this would be a necessary first step toward controlling ballast water discharges and eliminating the risk that additional invasive species and pollutants will be introduced through ballast water. Once EPA's rule is invalidated, ships will either not be allowed to discharge their ballast water into waters or will need a permit

to do so. A prohibition against any discharges will, at the very least, help ensure that problems caused by ballast water are not exacerbated. A permitting scheme will likely require that ships treat their ballast water and ensure that the water does not contain live creatures or high levels of heavy metals. If either scenario comes to pass, my concerns about ongoing discharges will be remedied, at least in part.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of July, 2004 at Portland, Oregon.

/s/ Mark S. Riskedahl
Mark S. Riskedahl

I, Deborah A. Sivas, pursuant to ECF General Order 45X, attest that Mark S. Riskedahl has concurred in and authorized the filing of this declaration with this Court.

/s/ Deborah A. Sivas
Deborah A. Sivas
Attorney for Plaintiffs