1  DEBORAH A. SIVAS (CSB No. 135446)
   HOLLY B. GORDON (CSB No. 226888)
2  Stanford Law School Environmental Law Clinic
   559 Nathan Abbott Way
3  Stanford, California  94305-8610

4  MELISSA POWERS (OSB No. 02118)
   Pacific Environmental Advocacy Center
5  10015 S.W. Terwilliger Boulevard
   Portland, Oregon  97219-7799
6

7  *Attorneys for Plaintiffs*

8  MARTIN F. McDERMOTT (SBN 6183307 (IL))
   United States Department of Justice
9  Environment & Natural Resources Division
   Environmental Defense Section
10 P.O. Box 23986
   Washington, D.C.  20026-3986
11
   KEVIN V. RYAN (SBN 118321)
12 United States Attorney
   CHARLES O'CONNOR (SBN 56320)
13 Assistant United States Attorney
   10th Floor Federal Building, Box 36045
14 450 Golden Gate Ave.
   San Francisco, California  94102
15

16 *Attorneys for Defendant*

17 (Attorneys for Intervenors listed on signature page)

18                    **IN THE UNITED STATES DISTRICT COURT**

19                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20                              **SAN FRANCISCO DIVISION**

21

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES; THE OCEAN CONSERVANCY; and WATERKEEPERS NORTHERN CALIFORNIA and its projects SAN FRANCISCO BAYKEEPER and DELTAKEEPER, | Case No. CV 03-05760 SI |
| Plaintiffs, | **STIPULATION RE BRIEFING AND HEARING SCHEDULE AND [PROPOSED] ORDER** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

STIPULATION RE BRIEFING AND HEARING SCHEDULE
AND [PROPOSED] ORDER – Case No. C 03-05760 SI                                        - 1 -

Due to a computer crash and deadlines in other cases which Plaintiffs' counsel have been unable to extend, the parties have agreed to revise the schedule for briefing regarding the form of relief and entry of a final Order of Judgment. The parties have thus stipulated to and request that the Court order the following revised briefing and hearing schedule:

| | |
|---|---|
| Plaintiffs'/Intervenor States' Opening Briefs: | September 6, 2005 |
| Defendant's/Intervenor Shipping Coalition's Responses: | October 14, 2005 |
| Plaintiffs'/Intervenor States' Replies: | November 4, 2005 |
| Hearing: | November 30, 2005 |

Dated: August 19, 2005

                              Respectfully submitted,

                              /s/ Deborah Sivas
                              DEBORAH A. SIVAS (CSB No. 135446)
                              HOLLY B. GORDON (CSB No. 226888)
                              Stanford Law School Environmental Law Clinic
                              559 Nathan Abbott Way
                              Stanford, California 94305-8610
                              Telephone: (650) 723-0325
                              Facsimile: (650)725-8509

                              MELISSA POWERS (OSB No. 02118)
                              Pacific Environmental Advocacy Center
                              10015 S.W. Terwilliger Boulevard
                              Portland, Oregon 97219-7799
                              Telephone: (503) 768-6727
                              Facsimile: (503) 768-6642

                              *Attorneys for Plaintiffs*

                              /s/ Martin McDermott
                              MARTIN F. McDERMOTT (SBN 6183307 (IL))
                              United States Department of Justice
                              Environment & Natural Resources Division
                              Environmental Defense Section
                              P.O. Box 23986
                              Washington, D.C. 20026-3986
                              Telephone: (202) 514-4122
                              Facsimile: (202) 514-8864

                              KEVIN V. RYAN (SBN 118321)
                              United States Attorney
                              CHARLES O'CONNOR (SBN 56320)

Assistant United States Attorney
Chief, Environment & Natural Resources Unit
10th Floor Federal Building, Box 36045
450 Golden Gate
San Francisco, California 94102
Telephone: (415) 436-7180

*Attorneys for Defendant*

ELIOT SPITZER
Attorney General of the
State of New York
Attorney for Intervenor Applicant
The State of New York


PETER LEHNER
_____/s/_____
TIMOTHY HOFFMAN *(Pro Hac Vice)*
Assistant Attorneys General
Statler Towers, 4th Floor
107 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 853-8465
Facsimile: (716) 853-8571

*Attorneys for Intervenor States*


_____/s/_____
RACHEL DAVIDSON (CSB 1215517)
BRIAN K. McCALMON
Preston Gates Ellis & Rouvelas Meeds LLP
1735 New York Avenue
Washington, D.C. 20006-5209
Telephone: (202) 628-1700
Facsimile: (202) 331-1024

*Attorneys for Intervenor Shipping Coalition*

STIPULATION RE BRIEFING AND HEARING SCHEDULE
AND [PROPOSED] ORDER – Case No. C 03-05760 SI — - 3 -

| | |
|---|---|
| 1 | |
| 2 |     I, Deborah A. Sivas, pursuant to ECF General Order 45X, attest that Martin McDermott, Timothy Hoffman, and Brian McCalmon have concurred in and authorized the filing of this Joint Case Management Statement with this Court. |

                    /s/ Deborah A. Sivas
                    Deborah A. Sivas
                    Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the foregoing proposed briefing and hearing schedule be adopted in this case.

Dated:_____ _____

HON. SUSAN ILLSTON
United States

