| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | CHARLES O'CONNOR (SBN 56320))<br>Assistant United States Attorney |
| 3 | Chief, Environment & Natural Resources Unit<br>10TH Floor Federal Building, Box 36045 |
| 4 | 450 Golden Gate<br>San Francisco, CA 94102 |
| 5 | (415) 436-7180 |
| 6 | MARTIN F. McDERMOTT (SBN 6183307 (IL))<br>United States Department of Justice |
| 7 | Environment & Natural Resources Division<br>Environmental Defense Section |
| 8 | P.O. Box 23986<br>Washington, D.C. 20026-3986 |
| 9 | Tel: (202) 514-4122<br>Fax: (202) 514-8865 |
| 10 | |
| 11 | *Attorneys for Defendant* |
| 12 | Deborah A. Sivas (CSB No. 135446)<br>Holly D. Gordon (CSB No. 226888) |
| 13 | STANFORD LAW SCHOOL<br> ENVIRONMENTAL LAW CLINIC |
| 14 | 559 Nathan Abbott Way<br>Stanford, California 94305-8610 |
| 15 | Melissa Powers (OSB 02118) |
| 16 | PACIFIC ENVIRONMENTAL ADVOCACY CENTER<br>10015 S.W. Terwilliger Boulevard |
| 17 | Portland, Oregon 97219-7799 |
| 18 | *Attorneys for Plaintiffs* (Attorneys for Intervenors listed on signature page) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | NORTHWEST ENVIRONMENTAL )<br>ADVOCATES, et al. ) | |
| 23 | ) | C 03-5760 SI |
| 24 | Plaintiffs, )<br>) | (E-filing) |
| 25 | v. ) | **STIPULATION RE: BRIEFING** |
| 26 | UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, ) | **AND HEARING SCHEDULE**<br>**AND PROPOSED ORDER** |
| 27 | )<br>Defendant. ) | Date/Time: November 30, 2005 @ 2:00 p.m. |
| 28 | _____ ) | Courtroom 10, 19th Floor |

Defendant United States Environmental Protection Agency requires a one-week extension of time in order to coordinate with other federal agencies in the preparation and filing of its response brief in this matter, and the Intervenor Shipping Industry Ballast Water Coalition requests a six-day extension in order obtain input from its large and diverse coalition in order to finalize its response brief and to maintain the interval between the filing of the parties' briefs to which the parties agreed when they submitted the original proposed Scheduling Order. Plaintiffs and the Intervenor States do not oppose this request, which leaves intact the previously set November 30, 2005 hearing date, and have agreed to join in this Stipulation. Wherefore, the parties request that the Court enter the following revised briefing schedule:

| | |
|---|---|
| Intervenor Shipping Coalition's Response: | October 20, 2005 |
| Defendant's Response: | October 21, 2005 |
| Plaintiffs'/Intervenor States' Replies: | November 10, 2005 |
| Hearing: | November 30, 2005 |

Dated: October 12, 2005

Respectfully submitted,

KEVIN V. RYAN, United States Attorney
CHARLES O'CONNOR, Assistant U.S. Attorney

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Martin F. McDermott
MARTIN F. McDERMOTT, Attorney
United States Department of Justice

Of Counsel:
STEPHEN J. SWEENEY
Office of General Counsel
U.S. EPA
Ariel Rios Building, 2355A
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

/s/ Deborah A. Sivas
DEBORAH A. SIVAS (CSB No. 135446)
HOLLY D. GORDON (CSB No. 226888)
Stanford Law School Environmental Law Clinic
559 Nathan Abbott Way
Stanford, California 94305-8610

STIPULATION RE: BRIEFING SCHEDULE -2-

MELISSA POWERS (OSB 02118)
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, Oregon 97219-7799

*Attorneys for Plaintiffs*


ELIOT SPITZER
Attorney General of the
State of New York

/s/ Timothy Hoffman
PETER LEHNER
TIMOTHY HOFFMAN *(Pro Hac Vice)*
Assistant Attorneys General
Statler Towers, 4th Floor
107 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 853-8465
Facsimile: (716) 853-8571

*Attorneys for Intervenor States*


/s/ Brian K. McCalmon
BRIAN K. McCALMON
Preston Gates Ellis & Rouvelas LLP
1735 New York Avenue
Washington, D.C. 20006-5209
Telephone: (202) 628-1700
Facsimile: (202) 331-1024

*Attorneys for Intervenor Shipping Coalition*

STIPULATION RE: BRIEFING SCHEDULE -3-

1  I, Martin F. McDermott, pursuant to ECF General Order 45X, attest that Deborah A. Sivas,
2  Timothy Hoffman, and Brian McCalmon have concurred in and authorized the filing of this
   Stipulation Re: Briefing and Hearing Schedule and the Proposed Order with this Court.

```
                    /s/ Martin McDermott
                    Martin F. McDermott
                    Attorney for Defendant
```

STIPULATION RE: BRIEFING SCHEDULE

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Pursuant to stipulation, IT IS HEREBY ORDERED that the foregoing proposed revised |
| 3 | briefing and hearing schedule be adopted in this case. |

Dated: _____        _____
                                     HON. SUSAN ILLSTON
                                     United States District Judge

**GRANTED**
*Judge Susan Illston*
(Seal: United States District Court, Northern District of California)

STIPULATION RE: BRIEFING SCHEDULE