1  Deborah A. Sivas (CSB No. 135446)
   Holly D. Gordon (CSB No. 226888)
2  STANFORD LAW SCHOOL ENVIRONMENTAL LAW CLINIC
   559 Nathan Abbott Way
3  Stanford, California  94305-8610
   Telephone:  (650) 723-0325
4
   Melissa Powers (OSB 02118)
5  PACIFIC ENVIRONMENTAL ADVOCACY CENTER
   10015 S.W. Terwilliger Boulevard
6  Portland, Oregon  97219-7799
   Telephone:  (503) 768-6727
7
   Attorneys for Plaintiffs
8

9            **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13  NORTHWEST ENVIRONMENTAL          )    Case No. CV 03-05760 SI
    ADVOCATES, THE OCEAN              )
    CONSERVANCY, and WATERKEEPERS    )
14  NORTHERN CALIFORNIA and its       )    **STIPULATION AND [PROPOSED]**
    projects SAN FRANCISCO BAYKEEPER  )    **ORDER TO ENLARGE TIME TO**
15  and DELTAKEEPER,                  )    **FILE A MOTION FOR ATTORNEYS'**
                                      )    **FEES AND COSTS UNDER LOCAL**
16           Plaintiffs,              )    **RULE 54-6(a)**
                                      )
17  THE STATES OF NEW YORK,           )
    ILLINOIS, MICHIGAN, MINNESOTA,    )
18  and WISCONSIN, and THE            )
    COMMONWEALTH OF                   )
19  PENNSYLVANIA,                     )
                                      )
20        Plaintiff-Intervenors,      )
                                      )
21           v.                       )
                                      )
22  UNITED STATES ENVIRONMENTAL       )
    PROTECTION AGENCY,                )
23                                    )
             Defendant.               )
24                                    )
    SHIPPING INDUSTRY BALLAST         )
25  WATER COALITION,                  )
                                      )
26        Defendant-Intervenor.       )
                                      )
27  ——————————————————————————————————)

28

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE A MOTION FOR
ATTORNEYS'S FEES AND COSTS UNDER LOCAL RULE 54-6(a)  –  Case No. CV 03-05760 SI

Pursuant to Local Rules 6-2, Plaintiffs and Federal Defendant hereby stipulate to an extension of time for Plaintiffs to file any motion for attorneys' fees and costs with the Court in this case under Local Rule 54-6(a) consistent with the filing deadline established by the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(B) and respectfully request that the Court grant such an enlargement of time, for the following reasons:

(1)  Final judgment was entered in this case on September 18, 2006;

(2)  The parties have 60 days from entry of the final judgment to appeal any portion of the judgment;

(3)  Plaintiffs intend to seek attorneys' fees and costs in this case pursuant to EAJA, which requires that any application for fees be filed within 30 days of a final, non-appealable judgment.  28 U.S.C. §§ 2412(d)(1)(B) and (d)(2)(G);

(4)  The parties to this stipulation agree that it would not be an efficient use of their and the Court's resources to litigate fee issues at this time, before the time for appeal has even run;

Accordingly, Plaintiffs seek an enlargement of time to file any motion for fees and costs under Local Rule 54-6(a) coextensive with the fee application deadlines set forth in EAJA, *i.e.,* within 30 days of issuance of a final, non-appealable judgment.  Counsel for Plaintiff-Intervenors and Defendant-Intervenor have been informed of this stipulation and do not oppose it.

Dated: October 2, 2006                          Respectfully submitted,

    /s/ Melissa Powers
MELISSA POWERS (OSB No. 02118)
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, Oregon  97219-7799
Telephone:  (503) 768-6727
Facsimile:  (503) 768-6642

DEBORAH A. SIVAS (CSB No. 135446)
HOLLY B. GORDON (CSB No. 226888)
Stanford Law School Environmental Law Clinic
559 Nathan Abbott Way
Stanford, California  94305-8610
Telephone:  (650) 723-0325
Facsimile:  (650)725-8509

*Attorneys for Plaintiffs*

1
       /s/ Martin McDermott
       MARTIN F. McDERMOTT (SBN 6183307 (IL))

2
       United States Department of Justice
       Environment & Natural Resources Division

3
       Environmental Defense Section
       P.O. Box 23986

4
       Washington, D.C. 20026-3986
       Telephone: (202) 514-4122

5
       Facsimile: (202) 514-8864

6
       KEVIN V. RYAN (SBN 118321)
       United States Attorney

7
       CHARLES O'CONNOR (SBN 56320)
       Assistant United States Attorney

8
       Chief, Environment & Natural Resources Unit
       10th Floor Federal Building, Box 36045

9
       450 Golden Gate
       San Francisco, California 94102

10
       Telephone: (415) 436-7180

11
       *Attorneys for Defendant*

12

13
    I, Melissa Powers, pursuant to ECF General Order 45X, attest that Martin McDermott has concurred in and authorized the filing of this Stipulation .

14
       /s/ Melissa Powers
       Melissa Powers

15
       Attorneys for Plaintiffs

16

17
       **[PROPOSED] ORDER**

18
    Consistent with the foregoing stipulation, IT IS HEREBY ORDERED that the time for

Plaintiffs to file a motion for attorneys' and costs under Local rule 54-6(a) is extended up to and

19
including the filing deadlines set forth in 28 U.S.C. § 2412(d)(1)(B), *i.e.,* within 30 days of

20
issuance of a final, non-appealable judgment..

21
    IT IS SO ORDERED.

22

23

24
Dated: _____
       _____
       HONORABLE SUSAN ILLSTON

25
       United States District Judge

26

27

28