1  MARTIN F. McDERMOTT (SBN 6183307 (IL))
   United States Department of Justice
2  Environment & Natural Resources Division
   Environmental Defense Section
3  P.O. Box 23986
   Washington, D.C. 20026-3986
4  Telephone: (202) 514-4122
5  *Attorney for Defendant*

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9  NORTHWEST ENVIRONMENTAL          ) No. C 03 - 05760 SI
10 ADVOCATES, et al.,               )
                                    ) **JOINT STIPULATION TO CONTINUE**
11         Plaintiffs,              ) **BRIEFING AND HEARING DATES FOR**
                                    ) **PLAINTIFFS' MOTION FOR ATTORNEYS'**
12 v.                               ) **FEES AND COSTS PURSUANT**
                                    ) **TO EAJA; PROPOSED ORDER**
13 UNITED STATES ENVIRONMENTAL      )
   PROTECTION AGENCY,               )
14                                  )
15         Defendant.                ) *NO HEARING REQUESTED*
   _____  )
16

17         This Joint Stipulation is filed by Defendant United States Environmental Protection

18 Agency and Plaintiffs Northwest Environmental Advocates, *et al.* In support of this Joint

19 Stipulation, the parties state as follows:

20         Plaintiffs in this case have filed a Motion for Attorneys' Fees and Costs Pursuant to the

21 Equal Access to Justice Act. (Dkt. 127) (the "Fee Motion"). The Fee Motion is currently

22 calendared for hearing on April 3, 2009 (Dkt. 143). The parties are engaged in settlement

23 discussions concerning the Fee Motion and therefore stipulate to a continuance of the hearing on

24 said Motion until July 17, 2009, or such later date as is convenient for the Court. The parties

25 further stipulate that Defendant's response to the Fee Motion will be due June 5, 2009, and

26 Plaintiffs' reply will be due June 19, 2009.

Respectfully submitted and agreed to this 2nd day of April, 2009:

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

By: s/ Martin F. McDermott
MARTIN F. McDERMOTT, Attorney
Environment and Natural Resources Division
Environmental Defense Section
U.S. Department of Justice
*Attorney for Defendant*

*Of Counsel:*
DAWN M. MESSIER
Office of General Counsel, U.S. EPA
Washington, D.C. 20460

*STIPULATED AND AGREED TO BY:*

s/ Deborah Sivas
DEBORAH A. SIVAS
Environmental Law Clinic
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94306
*Attorney for Plaintiffs*

---

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Stipulation, the hearing on Plaintiffs' Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act, currently set for April 3, 2009, is continued until July 17, 2009. Defendant's response to said Motion will be due June 5, 2009; Plaintiffs' reply will be due June 19, 2009.

DATED: 4/2/09

Hon. Susan Illston, United States District Judge

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2009, the foregoing JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING DATES FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO EAJA and PROPOSED ORDER have been served electronically through the Court's ECF system on counsel of record.

    /s/ Martin F. McDermott
    Martin F. McDermott

Case 3:03-cv-05760-SI Document 546 Filed 04/02/2009 Page 4 of 4