1  MARY DRYOVAGE, (CA SBN 112551)
   Law Offices of Mary Dryovage
2     600 Harrison Street, Suite 120,
      San Francisco, CA 94107
3     Telephone: 415 593-0095
      Fax. 415 593-0096
4     Email: mdryovage@igc.org

**DENIED** — *Judge Susan Illston*

The motion may be withdrawn and refiled when appropriate. The Court will not grant any further continuances.

5  WENDY MUSELL (CA SBN 203507)
   Stewart & Musell
6     600 Harrison Street, Suite 120
      San Francisco, CA 94107
7     Telephone: 415/593-0083
      Fax: 415/520-0920,
8     Email: wmusell@stewartandmusell.com

9  Attorneys for Plaintiff

10 JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
11 JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
12 VICTORIA CARRADERO (SBN 217885)
   Assistant United States Attorney
13 MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
14
       450 Golden Gate Avenue, Box 36055
15     San Francisco, CA 94102-3495
       Telephone: 415 436-7181
16     Fax: 415 436-6748
       Email: Victoria.Carradero@usdoj.gov
17
   Attorneys for Defendant
18
                   UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                   SAN FRANCISCO DIVISION
21

22 HILTON I. WESLEY,                            Docket No. C-08-2719 SI

23               Plaintiff,                     E-FILING CASE

24 v.

25 ROBERT M. GATES, SECRETARY OF               **STIPULATION AND [PROPOSED]
   THE U.S. DEPARTMENT OF DEFENSE,              ORDER TO CONDUCT DEPOSITION
26 DEFENSE CONTRACT AUDIT AGENCY,               OF JONATHAN KAUFMANN AFTER
                                                JUNE 1, 2009 DISCOVERY CUT OFF
27               Defendant.                     DATE**

28

---

STIPULATION AND [PROPOSED] ORDER ON DEPOSITION OF JONATHAN KAUFMANN
*Wesley v. Gates,* No. C-08-2719 SI                                      Page 1

Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into the following stipulation and request its approval by the Court.

WHEREAS a third-party witness, Jonathan Kaufmann, is resident in the state of Virginia.

WHEREAS, due to significant scheduling conflicts of the parties' counsel and the witness, the parties were unable to come to a mutually acceptable date for this out-of-state deposition prior to the fact discovery cut off date of June 1, 2009.

WHEREAS the parties previously agreed that this deposition could take place after the June 1, 2009 discovery cut-off date and have determined a mutually acceptable date for the deposition of this witness.

ACCORDINGLY, the parties hereby agree that the deposition of Jonathan Kaufmann can take place after June 1, 2009 and will take place on June 15, 2009. Defendant agrees that Plaintiff's counsel can appear telephonically for the deposition of Mr. Kaufmann.

Respectfully submitted,

DATED: June 4, 2009

_____/s/_____
WENDY MUSELL
Stewart & Musell
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 4, 2009

_____/s/_____
VICTORIA CARRADERO
Assistant U.S. Attorney
Attorneys for Defendant

Pursuant to Stipulation, **IT IS SO ORDERED** that the deposition of Jonathan Kaufmann may be taken after the June 1, 2009 discovery cut-off date.

DATED:_____   _____
The Honorable Susan Illston
United States District Court Judge