

**DENIED**

Judge Susan Illston

The motion can be withdrawn and refiled if necessary. No further continuances will be granted.

1  MARTIN F. McDERMOTT (SBN 6183307 (IL))
   United States Department of Justice
2  Environment & Natural Resources Division
   Environmental Defense Section
3  P.O. Box 23986
   Washington, D.C. 20026-3986
4  Telephone: (202) 514-4122
   *Attorney for Defendant*
5

6               IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9
   NORTHWEST ENVIRONMENTAL        ) No. C 03 - 05760 SI
10 ADVOCATES, et al.,             )
                                  ) **JOINT STIPULATION TO CONTINUE**
11        Plaintiffs,             ) **BRIEFING AND HEARING DATES FOR**
                                  ) **PLAINTIFFS' MOTION FOR ATTORNEYS'**
12 v.                             ) **FEES AND COSTS PURSUANT**
                                  ) **TO EAJA; PROPOSED ORDER**
13 UNITED STATES ENVIRONMENTAL    )
   PROTECTION AGENCY,             )
14                                )
15        Defendant.              ) *NO HEARING REQUESTED*
   _____ )
16

17    This Joint Stipulation is filed by Defendant United States Environmental Protection

18 Agency and Plaintiffs Northwest Environmental Advocates, *et al.* In support of this Joint

19 Stipulation, the parties state as follows:

20    Plaintiffs in this case have filed a Motion for Attorneys' Fees and Costs Pursuant to the

21 Equal Access to Justice Act. (Dkt. 127) (the "Fee Motion"). The Fee Motion is currently

22 calendared for hearing on July 17, 2009 (Dkt. 146). The parties are engaged in settlement

23 discussions concerning the Fee Motion and therefore stipulate to a continuance of the hearing on

24 said Motion until September 25, 2009, or such later date as is convenient for the Court. The

25 parties further stipulate that Defendant's response to the Fee Motion will be due August 28,

26 2009, and Plaintiffs' reply will be due September 11, 2009.

1    Respectfully submitted and agreed to this 4th day of June 2009:

                                            JOHN C. CRUDEN
                                            Acting Assistant Attorney General
                                            Environment and Natural Resources Division

                          By:    <u>s/ Martin F. McDermott</u>
                                            MARTIN F. McDERMOTT, Attorney
                                            Environment and Natural Resources Division
                                            Environmental Defense Section
                                            U.S. Department of Justice
                                            *Attorney for Defendant*

*Of Counsel:*
DAWN M. MESSIER
Office of General Counsel, U.S. EPA
Washington, D.C. 20460

                                            *STIPULATED AND AGREED TO BY:*

                                            <u>s/ Allison Michelle LaPlante</u>
                                            ALLISON MICHELLE LAPLANTE
                                            Pacific Environmental Advocacy Center
                                            10015 S.W. Terwilliger Blvd.
                                            Portland, OR 97219
                                            (503) 768-6894
                                            *Attorney for Plaintiffs*

---

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Stipulation, the hearing on Plaintiffs' Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act, currently set for July 17, 2009, is continued until Friday, September 25, 2009 at 9:00 a.m. Defendant's response to said Motion will be due August 28, 2009; Plaintiffs' reply will be due September 11, 2009.

DATED: _____        _____
                                                  Hon. Susan Illston, United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2009, the foregoing JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING DATES FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO EAJA and PROPOSED ORDER have been served electronically through the Court's ECF system on counsel of record.

                                                /s/ Martin F. McDermott
                                                Martin F. McDermott