1  Deborah A. Sivas (CSB No. 135446)
   STANFORD LAW SCHOOL ENVIRONMENTAL LAW CLINIC
2  559 Nathan Abbott Way
   Stanford, California 94305-8610
3  Telephone: (650) 723-0325
   Facsimile: (650) 725-8509
4
   Allison LaPlante, *pro hac vice* (OSB No. 023614)
5  PACIFIC ENVIRONMENTAL ADVOCACY CENTER
   10015 S.W. Terwilliger Boulevard
6  Portland, Oregon 97219-7799
   Telephone: (503) 768-6894
7  Facsimile: (503) 768-6642

8  Attorneys for Plaintiffs

9              **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN FRANCISCO DIVISION**

12

13 | NORTHWEST ENVIRONMENTAL | ) |
   | ADVOCATES, ET AL.,      | ) |
14 |                         | ) | Case No. CV 03-05760 SI
   |         Plaintiffs,     | ) |
15 |            v.           | ) | **SUBSTITUTION**
   |                         | ) | **OF COUNSEL**
16 | UNITED STATES ENVIRONMENTAL | ) |
   | PROTECTION AGENCY,      | ) | Judge: The Honorable Susan Illston
17 |                         | ) |
   |         Defendant.      | ) |
18 | _____ | ) |

19        Plaintiffs hereby substitute Allison LaPlante for Melissa Ann Powers as counsel

20 for Northwest Environmental Advocates, The Ocean Conservancy, and Waterkeepers

21 Northern California.  Deborah Sivas will remain as counsel for Plaintiffs.

22        Substitute counsel's address, phone number, email address, and bar number are as

23 follows:

24

25 Page 1 – NOTICE OF SUBSTITUTION OF COUNSEL

```
                    Allison LaPlante (OSB No. 023614)
                    Pacific Environmental Advocacy Center
                    Lewis & Clark Law School
                    10015 S.W. Terwilliger Boulevard
                    Portland, Oregon 97219-7799
                    Telephone: (503) 768-6894
                    laplante@lclark.edu
```

Please direct all further pleadings and correspondence to substitute counsel and remove Melissa Ann Powers from any further notification or pleadings.

Dated: June 18, 2009                    Respectfully submitted,

                /s/ Allison LaPlante
ALLISON LAPLANTE (OSB No. 023614)
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, Oregon 97219-7799
Telephone: (503) 768-6894
Facsimile: (503) 768-6642
laplante@lclark.edu

---

## [PROPOSED] ORDER

It is so ordered that Allison Michelle LaPlante shall be substituted for Melissa Powers as counsel for Plaintiffs.

Dated: _____    _____
                                   The Honorable Susan Illston
                                   United States District Judge

Page 2 – NOTICE OF SUBSTITUTION OF COUNSEL