IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ENVIRONMENTAL ADVOCATES, et al.,

    Plaintiffs,

THE STATES OF NEW YORK, ILLINOIS, MICHIGAN, MINNESOTA, WISCONSIN AND THE COMMONWEALTH OF PENNSYLVANIA,

    Plaintiff-Intervenors,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant,

SHIPPING INDUSTRY BALLAST WATER COALITION,

    Defendant - Intervenor.
_____/

No. C 03-05760 SI

**ORDER RE: FEE REQUEST**

Plaintiffs have filed a motion for attorneys' fees and costs for litigation in this Court and before the Ninth Circuit Court of Appeals. The Court directs plaintiffs to refile in this Court the fee and cost motion and supporting documentation they originally filed in the Ninth Circuit so that this Court may consider it in the first instance. Plaintiffs shall file these papers by **July 14, 2009**.

**IT IS SO ORDERED.**

Dated: July 10, 2009

SUSAN ILLSTON
United States District Judge