IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, et al.,<br>　　　　Plaintiffs,<br><br>THE STATES OF NEW YORK, ILLINOIS, MICHIGAN, MINNESOTA, WISCONSIN AND THE COMMONWEALTH OF PENNSYLVANIA,<br>　　　　Plaintiff-Intervenors,<br><br>　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>　　　　Defendant,<br><br>SHIPPING INDUSTRY BALLAST WATER COALITION,<br>　　　　Defendant - Intervenor.<br>　　　　　　　　　　　　　　　　　／ | No. C 03-5760 SI<br><br>**ORDER RE: MOTION FOR FEES** |

　　　The parties advise that they have settled the pending motions concerning attorneys' fees and costs (Docket Nos. 127, 164, 165). Accordingly, the motions are dismissed as MOOT.

Dated: September 8, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1